

# THE THIRTEENTH COURT OF APPEALS

13-13-00511-CV

MICHAEL W. STAGGS
v.
THOMAS SIMPER AND DEBBIE SIMPER

On Appeal from the
25th District Court of Lavaca County, Texas
Trial Cause No. 08-11-21038-CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered, in part, and affirmed, in part. The Court orders the judgment of the trial court REVERSED AND RENDERED, IN PART, and AFFIRMED, IN PART. Costs of the appeal are adjudged fifty percent against appellant and fifty percent against appellees.

We further order this decision certified below for observance.

May 28, 2015